| | |
|---|---|
| ANTOINE D. MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROY COOPER, Govenor of the State of North )<br>Carolina, JOSHUA STEIN, Attorney General of )<br>the State of North Carolina, ERIK A. HOOKS, )<br>Secretary of the North Carolina Department of )<br>Public Safety, HERFORD COUNTY SHERIFF'S )<br>OFFICE, DEXTER HAYES, Sheriff, LT. )<br>MARTY DAVIS, Major, ANDREW WOMBLE, )<br>District Attorney (District 01), SETH EDWARDS, )<br>District Attorney (District 02), FARIS DIXON, )<br>District Attorney (District 03A), SCOTT )<br>THOMAS, District Attorney (District 03B), )<br>ERNIE LEE, District Attorney (District 04), )<br>BEN DAVID, District Attorney (District 05), )<br>VALERIE ASBELL, District Attorney (District )<br>06), ROBERT EVANS, District Attorney )<br>(District 07), MATTHEW DELBRIDGE, District )<br>Attorney (District 08), MIKE WATERS, District )<br>Attorney (District 09), JACQUELINE PEREZ, )<br>District Attorney (District 09A), NANCY )<br>LORRIN FREEMAN, District Attorney (District )<br>10), VERNON STEWART, District Attorney )<br>(District 11A), SUSAN DOYLE, District Attorney )<br>(District 11B), BILLY WEST, District Attorney )<br>(District 12), JON DAVID, District Attorney )<br>(District 13), SATANA DEBERRY, District )<br>Attorney (District 14), SEAN BOONE, District )<br>Attorney (District 15A), JIM WOODALL, District )<br>Attorney (District 15B), KRISTY NEWTON, )<br>District Attorney (District 16A), MATT SCOTT, )<br>District Attorney (District 16B), REECE )<br>SAUNDERS, District Attorney (District 16C), )<br>JASON RAMEY, District Attorney (District 17A), )<br>RICKY BOWMAN, District Attorney (District )<br>17B), AVERY CRUMP, District Attorney )<br>(District 18), ROXANN VANEEKHOVEN, )<br>District Attorney (District 19A), ANDY )| **JUDGMENT**<br>2:19-CV-2-BO |

GREGSON, District Attorney (District 19B), )
BRANDY COOK, District Attorney )
(District 19C), MAUREEN KRUEGER, District )
Attorney (District 19D), LYNN )
CLODFELTER, District Attorney (District 20A), )
TREY ROBINSON, District Attorney )
(District 20B), JAMES O'NEILL, District )
Attorney (District 21), SARAH KIRKMAN, )
District Attorney (District 22A), GARRY )
FRANK, District Attorney (District 22B), TOM )
HORNER, District Attorney (District 23), SETH )
BANKS, District Attorney (District 24), )
SCOTT REILLY, District Attorney (District 25), )
SPENCER MERRIWEATHER, District Attorney )
(District 26), LOCKE BELL, District Attorney )
(District 27A), MIKE MILLER, District )
Attorney (District 27B), TODD WILLIAMS, )
District Attorney (District 28), TED BELL, )
District Attorney (District 29A), GREG )
NEWMAN, District Attorney (District 28B), )
ASHLEY WELCH, District Attorney (District 30), )
                                           )
                Defendants.                )
                                           )

**Decision by Court.**
This matter is before the Court on a variety of motions. Plaintiff, proceeding *pro se,* has moved for entry of default [DE 71, 72] and entry of default judgment [DE 74, 75] against defendants Roy Cooper and Joshua Stein. Plaintiff has also moved for a temporary restraining order [DE 85] and a preliminary injunction [DE 98], as well as for leave to file excess pages [DE 107, 116, 117]. Defendants have filed four motions to dismiss. [DE 89, 94, 111, 113]. Defendants have also filed motions for extensions of time. [DE 70, 91, 102, 109, 120].

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motions for extensions of time [DE 70, 91, 102, 109, 120] are GRANTED, plaintiff's motions for leave to file excess pages [DE 107, 116, 117] are GRANTED, plaintiff's motions for default and default judgment [DE 71, 72, 74, 75] are DENIED, defendants' motions to dismiss [DE 89, 94, 111, 113] are GRANTED, and plaintiff's motions for a temporary restraining order and preliminary injunction [DE 85, 98] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on October 7, 2019, and served on:**
Antoine D. Martin (via US Mail)
Jason Paul Caccamo (via CM/ECF NEF)
Tammera Sudderth Hill (via CM/ECF NEF)

James R. Morgan, Jr. (via CM/ECF NEF)
Kathryn H. Sheilds (via CM/ECF NEF)
Rudolf A. Garcia-Gallont (via CM/ECF NEF)

October 7, 2019

PETER A. MOORE, JR., CLERK

  /s/Lindsay Stouch
By: Deputy Clerk